IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELVIN HERRON | § § § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-125 |
| WALMART INC. | § § § | |

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, MELVIN HERRON, and Defendant, WAL-MART STORES TEXAS, LLC, incorrectly named WALMART INC., (collectively the "Parties"), and jointly file this Notice of Settlement and in support show the Court as follows:

### I.

The Parties hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request that the Court enter a 30 or 60-day conditional order staying all deadlines and permitting the Parties to exchange and execute final settlement documents. The lawsuit does not involve a minor and will not require the appointment of a guardian ad litem. This settlement disposes of any and all claims, and all parties.

### II.

The settlement by the Parties was accomplished by direct negotiation. The settlement includes all Parties and claims, whether known or unknown, for injuries arising out of the incident at issue in this case. Upon execution of all settlement documents, the case is to be dismissed with prejudice. All costs will be paid by Parties incurring same.

Case 4:23-cv-00125   Document 19   Filed on 02/20/24 in TXSD   Page 2 of 3

**III.**

WHEREFORE, the parties pray that this Court enter a 30 or 60-day conditional order staying case deadlines, in anticipation of final settlement being completed.

Respectfully submitted,

THE POTTS LAW FIRM

*/s/J. Ryan Fowler- with permission*
J. Ryan Fowler
State Bar No. 24058357
Federal ID No. 1060803
3737 Buffalo Speedway, Suite 900
Houston, Texas 77098
(713) 963-8881
(713) 583-5388 Fax
rfowler@potts-law.com

ATTORNEY FOR PLAINTIFF,
MELVIN HERRON

BUSH & RAMIREZ, PLLC

*/s/ Zachary Wilson*
John A. Ramirez
State Bar No. 00798450
Federal ID No. 21280
Zachary Wilson
State Bar No. 24106586
Federal ID No. 3299604
5615 Kirby, Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Facsimile: (713) 622-8077
jramirez.atty@bushramirez.com
zwilson.atty@bushramirez.com

ATTORNEYS FOR DEFENDANT,
WAL-MART STORES TEXAS, LLC

Notice of Settlement                                              Page **2** of **3**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of February 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. True and correct copies of this document and all attachments have been served to counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

                                                                           */s/ Zachary Wilson*_____
                                                                           Zachary Wilson